# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | ED CV 17-02110-DMG (AS) | Date | April 11, 2018 |
|---|---|---|---|
| Title | Martha Esparza Lopez v. Nancy A. Berryhill, *Acting Commissioner of Social Security* | | |

Present: The Honorable **Alka Sagar, United States Magistrate Judge**

| Alma Felix | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| N/A | N/A |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE**

On October 13, 2017, Plaintiff Martha Esparza Lopez filed a Complaint seeking judicial review of a decision of the Commissioner of Social Security, pursuant to 42 U.S.C. § 405(g) and 28 U.S.C. § 1361. (Docket Entry No. 1.) On October 18, 2017, the Court issued an Order Re: Procedures in Social Security Case (Docket Entry No. 6), requiring Plaintiff to file a motion for summary judgment no later than thirty days from the service of Defendant's responsive pleading and the Certified Administrative Record (Docket Entry Nos. 13-14)

As of the date of this Order, Plaintiff has failed to file a motion for summary judgment. Therefore, Plaintiff is ORDERED TO SHOW CAUSE, within **fourteen (14) days** of the date of this Order, why this action should not be dismissed with prejudice for failure to prosecute and failure to comply with the Court's Order. Alternatively, Plaintiff may discharge this Order to Show Cause by filing a motion for summary judgment or remand no later than **April 25, 2018**. If Plaintiff timely files her motion, the Court will consider it to be a satisfactory response to this Order to Show Cause and vacate the Order.

**In addition, Plaintiff may instead request a voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a). A Notice of Dismissal form is attached for Plaintiff's convenience. Plaintiff is expressly warned that failure to file a timely response to this Order will result in an Order dismissing this action with prejudice for her failure to comply with Court orders and for her failure to prosecute. See Fed. R. Civ. P. 41(b).**

|  | 0 : 00 |
|---|---|
| Initials of Preparer | AF |