UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | ED CV 17-02110-DMG (AS) | Date | August 17, 2018 |
|---|---|---|---|
| Title | Martha Esparza Lopez v. Nancy A. Berryhill, *Acting Commissioner of Social Security* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge | |
|---|---|---|
| Alma Felix | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | | Attorneys Present for Respondent: |
| N/A | | N/A |

**Proceedings:**     (IN CHAMBERS) ORDER TO SHOW CAUSE

On October 13, 2017, Martha Esparza Lopez ("Plaintiff") filed a Complaint seeking judicial review of a decision of the Commissioner of Social Security, pursuant to 42 U.S.C. § 405(g) and 28 U.S.C. § 1361. (Docket Entry No. 1).

On October 18, 2017, the Court issued an Order Re: Procedures in Social Security Case (Docket Entry N. 6), requiring Plaintiff to file a motion for summary judgment no later than thirty days from the service of Defendant's responsive pleading and the Certified Record (Docket Entry Nos. 13-14).

Since Plaintiff failed to file a motion for summary judgment, on April 11, 2018, the Court issued an Order to Show Cause, requiring Plaintiff, by no later than April 25, 2018, to show cause why this action should not be dismissed for failure to prosecute and for failure to comply with the Court's Order. The Court alternatively informed Plaintiff that she could discharge of the Order to Show Cause by filing a motion for summary judgment or remand by no later than April 25, 2018. (Id.) The Court expressly warned Plaintiff that her failure to file a timely response to the Order to Show Cause would result in an Order dismissing this action with prejudice for her failure to comply with Court orders and for her failure to prosecute, pursuant to Fed. R. Civ. P. 41(b). (Docket Entry No. 15).

On April 24, 2018, Petitioner filed a "Response to Order to Show Cause and Request for More Time to File Motion for Summary Judgment," stating that she had not been able to file a timely motion for summary judgment because she was homeless, suffered from pain and behavioral health issues, and had been hospitalized and because she was not able to get

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 17-02110-DMG (AS) | Date | August 17, 2018 |
|---|---|---|---|
| Title | Martha Esparza Lopez v. Nancy A. Berryhill, *Acting Commissioner of Social Security* | | |

her mail at her mother's house based on her mother being in rehabilitation, and requesting additional time to file her motion for summary judgment. (Docket Entry No. 16).

Based on Plaintiff's filing, on April 30, 2018, the Court issued a Minute Order discharging the April 11, 2018 Order to Show Cause and granting Plaintiff's request, extending the time for Plaintiff to file her motion for summary judgment to May 30, 2018. (Docket Entry No. 17).

On June 15, 2018, the Court issued a Minute Order reminding Plaintiff of the requirements of her motion for summary judgment as stated in the Court's October 18, 2017 Order Re: Procedures in Social Security Case (see Docket Entry No. 6 at 2-3), and sua sponte extending the time for Plaintiff to file her motion for summary judgment to July 5, 2018. The Court warned Plaintiff that her failure to comply with the June 15, 2018 Minute Order might result in a recommendation that this action be dismissed for failure to comply with the Court's Order and/or for failure to prosecute, pursuant to Fed. R. Civ. P. 41(b). (Docket Entry No. 18).

On June 25, 2018, Plaintiff filed a request for an extension of time to file her motion for summary judgment. (Docket Entry No. 19).

On June 26, 2018, the Court issued a Minute Order granting Plaintiff's request, extending the time for Plaintiff to file a motion for summary judgment to July 30, 2018. The Court warned Plaintiff that her failure to file a timely motion for summary judgment and/or comply with the Court's October 18, 2017 Order Re: Procedures in Social Security Case might result in a recommendation that this action be dismissed for failure to comply with the Court's Orders and/or for failure to prosecute, pursuant to Fed. R. Civ. P. 41(b). (Docket Entry No. 22).

As of the date of this Order, Plaintiff has failed to file a motion for summary judgment. Therefore, Plaintiff is ORDERED TO SHOW CAUSE, within **fourteen (14) days** of the date of this Order (by no later than **August 31, 2018**), why this action should not be dismissed with prejudice for failure to prosecute and/or for failure to comply with the Court's Order. Alternatively, Plaintiff may discharge this Order to Show Cause by filing a motion for summary judgment or remand no later than **August 31, 2018**. If plaintiff timely files her motion for summary judgment, the Court will consider it to be a satisfactory

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 17-02110-DMG (AS) | Date | August 17, 2018 |
|---|---|---|---|
| Title | Martha Esparza Lopez v. Nancy A. Berryhill, *Acting Commissioner of Social Security* | | |

response to this Order to Show Cause and vacate the Order to Show Cause.

**In addition, Plaintiff may instead request a voluntary dismissal of this action pursuant to Fed. R. Civ. P 41(a).  <u>A Notice of Dismissal form is attached for Plaintiff's convenience.</u>  Plaintiff is expressly wanred that the failure to file a timely response to this Order to Show Cause will result in a recommendation that this action be dismissed with prejude for her failure to comply with Court orders and for her failure to prosecute.  <u>See</u> Fed. R. Civ. P. 41(b).**

|  | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | AF | |